█ LENOX HILL HOSPITAL, as Assignee of Hector Jamie Robles, Appellant, et al., Plaintiff, v GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent. [932 NYS2d 705]—

Given the limited nature of the plaintiff's motion for summary judgment, which established the plaintiff's prima facie entitlement to judgment as a matter of law solely on the ground that the defendant did not pay or deny the subject claim within 30 days (*see* 11 NYCRR 65-3.8 [c]), the defendant's only burden in opposition to the motion was to raise a triable issue of fact regarding its timely payment or denial of the claim (*see e.g. Westchester Med. Ctr. v Clarendon Natl. Ins. Co.*, 57 AD3d 659, 659-660 [2008]; *see generally Stukas v Streiter*, 83 AD3d 18, 24 [2011]). The defendant succeeded in raising such an issue of fact by submitting evidence that it sent the plaintiff a denial of claim form within the 30-day time limit. Accordingly, the motion was properly denied without regard to the plaintiff's additional contention, improperly raised for the first time in its reply papers on the motion (*see Djoganopoulos v Polkes*, 67 AD3d 726, 727 [2009]; *Crummell v Avis Rent A Car Sys., Inc.*, 62 AD3d 825, 826 [2009]), that the medical reports upon which the defendant relied to establish the merits of its denial of the claim were not in proper evidentiary form. Mastro, J.P., Chambers, Sgroi and Miller, JJ., concur.